IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 4, 2007

Charles R. Fulbruge III
Clerk

——————————

Summary Calendar
No. 07-10485

——————————

In Re: CONNELL SPAIN SR.,

Plaintiff - Appellant

——————————

Appeal from the United States District Court
for the Northern District of Texas, Fort Worth
(4:07-NC-13)

——————————

Before WIENER, GARZA and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

DISMISSED.

———————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.